# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2018

## NO. 03-17-00303-CR

**Paul Anthony Ojeda, Appellant**

**v.**

**The State of Texas, Appellee**

## APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
## AFFIRMED—OPINION BY CIHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.

# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 9, 2018

### NO. 03-17-00304-CR

**Paul Anthony Ojeda, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM THE 450TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND FIELD
### AFFIRMED—OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the judgment of conviction rendered by the district court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's judgment of conviction. Therefore, the Court affirms the district court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.